**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN GILARDI,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, TRANS UNION, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:19-cv-00669-JCM-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff John Gilardi ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 18, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 14, 2019. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims, then Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

KB/26189

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 4, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED this 13th day of May, 2019.

ALVERSON TAYLOR & SANDERS

/s/ Trevor R. Waite
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000/Fax: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**COGBURN LAW OFFICES**

*/s/ Erik W. Fox*
Erik W. Fox, Nevada Bar No. 8804
Jamie S. Cogburn, Nevada Bar No. 8409
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777/Fax: (702) 966-3880
ewf@cogburncares.com
jsc@cogburncares.com
*Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this  15  day of  May , 2019.

_____
UNITED STATES MAGISTRATE JUDGE

N:\kurt.grp\CLIENTS\26100\26189\pleadings\Gilardi John-Joint Stip for Extension of Time to Respond P's Complaint.doc

2   KB/26189